**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 25-6014**

———————

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

ETHAN JEROME MOORE, a/k/a Nate,

        Defendant - Appellant.

———————

Appeal from the United States District Court for the Southern District of West Virginia, at Huntington.  Robert C. Chambers, District Judge.  (3:99-cr-00090-1)

———————

Submitted:  June 17, 2025                    Decided:  June 23, 2025

———————

Before GREGORY, QUATTLEBAUM, and BERNER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Ethan Jerome Moore, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ethan Jerome Moore appeals the district court's order denying his motion and amended motion for compassionate release, brought under 18 U.S.C. § 3582(c)(1)(A). After reviewing the record, we conclude that the district court did not abuse its discretion in denying Moore's motions. *See United States v. Brown*, 78 F.4th 122, 127 (4th Cir. 2023) (stating standard of review for compassionate release motion). The district court addressed Moore's arguments that extraordinary and compelling reasons existed for his release and specifically explained why it rejected those arguments. Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
